IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN ANDREW ROACH, JR.,** : | |
| *Plaintiff* : | CIVIL ACTION NO. 24-cv-06410 |
| : | |
| v. : | |
| : | |
| : | |
| **CREDIT ACCEPTANCE** : | |
| **CORPORATION** : | |
| *Defendant* : | |

# O R D E R

**AND NOW**, this **2nd** day of **April 2025**, having considered Pro Se Plaintiff Melvin Andrew Roach, Jr.'s Motion to Vacate the Arbitration Award (ECF No. 2), Defendant's Response and Cross-Motion to Confirm the Arbitration Award (ECF No. 5), and Plaintiff's Motion for Reconsideration of Denial of In Forma Pauperis Status (ECF No. 7), it is hereby **ORDERED** as follows:

1. The Motion for Reconsideration (ECF No. 7) is **DENIED**.

2. The Motion to Vacate the Arbitration Award (ECF No. 2) is **DENIED**.

3. The Cross-Motion to Confirm the Arbitration Award (ECF No. 5) is **GRANTED**. The Final Arbitration Award (ECF No. 5-2, Exhibit A) is **CONFIRMED**.

4. Judgment is hereby entered on behalf of Defendant Credit Acceptance Corporation in accordance with the following:

    a. Against Plaintiff Melvin Andrew Roach, Jr. in the sum of $10,249.00 plus interest at the rate of 6% per annum, to date from October 24, 2020.

    b. Against Plaintiff Melvin Andrew Roach, Jr. in the sum of $5,175.00 for attorney's fees.

The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, J.**