IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN ANDREW ROACH, JR.,** | : | |
| *Plaintiff* | : | CIVIL ACTION NO. 24-cv-06410 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CREDIT ACCEPTANCE** | : | |
| **CORPORATION** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this **30th** day of **May 2025**, upon review of the docket, Plaintiff's Motion for Findings of Fact and Conclusions of Law or, in the Alternative, Motion to Vacate and Reconsider Judgment (ECF No. 18), Defendant's Response in Opposition to the Motion for Findings of Fact and Conclusions of Law or, in the Alternative, Motion to Vacate and Reconsider Judgment (ECF No. 19), Plaintiff's Motion for Judicial Recusal and Reassignment (ECF No. 20), Plaintiff's Motion to Set Aside Judgment (ECF No. 21), Defendant's Response in Opposition to the Motion to Set Aside Judgment (ECF No. 22), and Plaintiff's Reply Brief in Support of Motion to Set Aside Judgment (ECF No. 23), it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum, as follows:

1. Plaintiff's Motion for Findings of Fact and Conclusions of Law or, in the Alternative, Motion to Vacate and Reconsider Judgment (ECF No. 18) is **DENIED**.

2. Plaintiff's Motion for Judicial Recusal and Reassignment (ECF No. 20) is **DENIED**.

3. Plaintiff's Motion to Set Aside Judgment (ECF No. 21) is **DENIED**.

4. The Clerk of Court is **DIRECTED** to close this case.

                    **BY THE COURT:**

                    **<u>/s/ Chad F. Kenney</u>**
                    **CHAD F. KENNEY, J.**